**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:13-cr-00018-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID BALL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on the Government's Motion for Order to Disclose Financial Affidavit of Defendant David Ball (#258), filed on March 3, 2014.  Defendant did not file a written response to the Motion.  The Court conducted a hearing in this matter on April 10, 2014, at which Defendant's counsel stated that Defendant Ball does not oppose the release of Defendant Ball's financial affidavit to the Government.

Based on the Court's review of the Government's motion, there appears to be good cause for disclosure of Defendant Ball's January 16, 2013 financial affidavit, Docket No. 24, to the Government.  The Court, however, will not grant the Government's request for records of calls or communications between Defendant Ball and the Pretrial Services office, or that Pretrial Services be ordered to make its officers available for interviews by law enforcement officers.  Accordingly,

**IT IS HEREBY ORDERED** that Government's Motion for Order to Disclose Financial Affidavit of Defendant David Ball (#258) is **granted** as follows:

. . .

. . .

. . .

1    The Court Clerk shall disclose and deliver a copy of Defendant's financial affidavit, Docket No. 24, to counsel for the Government. Defendant's financial affidavit shall otherwise remain under seal unless hereafter otherwise ordered by the Court.

DATED this 10th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge