**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-18 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| LEON BENZER, et al., | |
| Defendant(s). | |

Presently before the court is defendant Edith Gillespie's ("Gillespie") motion for joinder to defendant Keith Gregory's ("Gregory") response to the government's summary of sentencing evidence and witnesses. (Doc. # 628). Also before the court is defendant David Ball's ("Ball") motion for joinder to Gregory's response. (Doc. # 650). Good cause appearing, the court will grant the motions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Gillespie's motion for joinder, (doc. # 628), be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant Ball's motion for joinder, (doc. # 650), be, and the same hereby is, GRANTED.

DATED June 16, 2015.

_____
UNITED STATES DISTRICT JUDGE