# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEON BENZER, *et al.*<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:13-cr-00018-JCM-GWF<br>)<br>)<br>)<br>)<br>) |

### SCHEDULING ORDER

On September 25, 2017, the Ninth Circuit issued a memorandum order affirming the convictions in the case and the restitution order, and affirming in part and reversing in part the sentences imposed in the case. (ECF No. 808.) The Ninth Circuit reversed the sentences imposed as to defendants Benzer and Ball. *Id*.

Counsel for the Government, Benzer, and Ball have agreed upon the following schedule for briefing and re-sentencing (*see* ECF No. 834):

1. The Government will file its brief on re-sentencing by May 18, 2018.

2. The Defendants will file their responses by July 9, 2018.

3. The Government will file its reply, if any, by July 27, 2018.

4. The re-sentencing for Defendants Benzer and Ball is scheduled for August 10, 2018 at 10:00 A.M.

**IT IS SO ORDERED.**

Dated: May 17, 2018　　　　　　　　Entered: _/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　James C. Mahan
　　　　　　　　　　　　　　　　　　　United States District Judge

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON BENZER, *et al.*<br><br>Defendants. | CASE NO. 2:13-cr-00018-JCM-GWF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: May 17, 2018

SANDRA M. MOSER
Acting Chief
United States Department of Justice,
Criminal Division, Fraud Section

*/s/ Ankush Khardori*
ALISON L. ANDERSON
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section