# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-18 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| LEON BENZER, et al., | |
| Defendant(s). | |

Presently before the court is a request from Bridger Franzen ("probation") to order new presentence investigation reports for the re-sentencing of Leon Benzer and David Ball.

The court applied the 2014 sentencing guidelines in Benzer and Ball's initial sentencing. Benzer and Ball appealed their sentences and the 9th Circuit reversed. On re-sentencing the court must apply the 2016 sentencing guidelines. Since the original presentence investigation report is outdated, probation must submit new reports that account for the changes in the sentencing guidelines.

Accordingly, the court orders probation to submit updated presentence investigation reports for both Benzer and Ball's resentencing.

IT IS HEREBY ORDERED that probation's request to submit an updated presentence investigation reports be, and the same hereby is, GRANTED.

DATED August 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**