ALISON L. ANDERSON
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| ) | |
| DAVID BALL, ) | |
| ) | **JOINT STIPULATION FOR** |
| ) | **CONTINUANCE OF SENTENCING** |
| Defendant. ) | |

**JOINT STIPULATION FOR CONTINUANCE OF SENTENCING**

By and through counsel, the Defendant, David Ball, and the Government, stipulate to the continuance of the Defendant's sentencing hearing from August 10, 2018 to August 16, 2018 at 11:00 a.m. to accommodate Government counsel's schedule and alleviate the need to travel to Las Vegas from Washington, D.C. twice on tax payer funds.

DATED this 7th day of August, 2018.

Respectfully submitted,

SANDRA M. MOSER
Acting Chief
United States Department of Justice,
Criminal Division, Fraud Section

1

          */s/ Alison L. Anderson*
          ALISON L. ANDERSON
          Trial Attorney
          United States Department of Justice
          Criminal Division, Fraud Section

          */s/ Michael Sanft*
          MICHAEL SANFT
          Counsel for Defendant David Ball

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID BALL, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 2:13-cr-00018-JCM-GWF<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

    Dated: August 7, 2018

                                          SANDRA M. MOSER
                                          Acting Chief
                                          United States Department of Justice,
                                          Criminal Division, Fraud Section

                                          */s/ Alison L. Anderson*
                                          ALISON L. ANDERSON
                                          Trial Attorney
                                          United States Department of Justice
                                          Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>               Plaintiff,                     )<br>                                                          )<br>                  v.                              )<br>                                                          )<br>DAVID BALL,                                  )<br>                                                          )<br>               Defendant.                )<br>_____) | CASE NO. 2:13-cr-00018-JCM-GWF |

**<u>ORDER</u>**

Upon stipulation of the parties, it is hereby ORDERED that the sentencing hearing for Defendant David Ball be continued from August 10, 2018 until August 16, 2018 at 11:00 a.m.

DATED August 9, 2018.

_____
The Honorable James C. Mahan

4